

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00200-CV

———————————————

ALL STAR HOME HEALTH SERVICES INC. D/B/A SPECTRUM HEALTH
SOLUTIONS AND SILVER OAK MANAGEMENT GROUP I, LLC D/B/A
SPECTRUM HEALTH SOLUTIONS, Appellants

V.

DRAKE CONSULTING, LLC, Appellee

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 24-0940-442

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

Appellants All Star Home Health Services Inc. d/b/a Spectrum Health Solutions and Silver Oak Management Group I, LLC d/b/a Spectrum Health Solutions attempt to appeal from a proposed summary-judgment order file-marked April 1, 2025, that was not signed and states at the top that it will not be signed. We sent Appellants a letter on May 5, 2025, noting our concern that we may not have jurisdiction over this appeal because the trial-court clerk had informed this court that the trial judge has not signed an order in this case and that it appears there is no final judgment or order subject to appeal. *See* Tex. R. App. P. 26.1(a). In the letter, we informed Appellants that they had until May 27, 2025, to furnish this court with a signed copy of the order they seek to appeal. We also advised Appellants that if no order had been signed and furnished to this court by May 27, 2025, this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). We received no response.

Because we have no jurisdiction to address Appellants' appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1 (providing for filing of notice of appeal from date that judgment or order is "signed"), 43.2(f), 44.3; *see also Sammour v. Fed. Gov't*, No. 02-20-00268-CV, 2020 WL 6601596, at *1 (Tex. App.—Fort Worth Nov. 12, 2020, no pet.) (per curiam) (mem. op.) ("There is no signed order or judgment in this case. We therefore dismiss this appeal for want of jurisdiction.").

Per Curiam

Delivered: June 19, 2025

2